17 F.3d 1429
 Henglein (George W.), Albacker (L.C.), Andrews (R.B.),
Appeldorn (R.L.), Ashenbaugh (R.H.), Austin (A.L.), Bagosi
(J.W.), Balser (J.D.), Barrasso (A.), Bauer (J.O.), Best
(E.E.), Bigleman (H.W.), Blazier (C.R.), Bressanelli (J.P.),
Brown (G.D.), Buchholz (F.C.), Calvin (E.C.), Campbell
(R.R.), Castellano (P.D.), Cerasi (J.L.), Chapman (E.),
Christy (S.), Costello (T.M.), Dauka (C.A.), Decosta (A.J.),
Degrande (M.G.) Diciccio (A.S.), Dimarzio (A.P., C.J.),
Dougherty(R.J.)
 NO. 93-3219
 United States Court of Appeals,
Third Circuit.
 Jan 13, 1994
 
 1
 Appeal From: W.D.Pa.; Appealing after remand 974 F.2d 391
 
 
 2
 VACATED.